IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD R. REILLY, as :
Administrator of the Estate of :
VERONIQUE A. HENRY, :
deceased, :
    Plaintiff : No. 1:18-cv-01803
:
    v. : (Judge Kane)
:
YORK COUNTY, et al., :
    Defendants :

## ORDER

**AND SO**, on this 22nd day of August 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant PrimeCare Medical, Inc., Amanda Spahr, and Sonya Frey's (collectively, the "PrimeCare Defendants") motion to dismiss, or in the alternative, for summary judgment as to Counts I and II (Doc. No. 16) is **DENIED** without prejudice to the PrimeCare Defendants' ability to renew their motion for summary judgment at the close of discovery in this matter;

2. Defendants York County, Warden Mary Sabol, Lynnette Moore and Maria Stremmel's (collectively, the "York County Defendants") motion for summary judgment (Doc. No. 22) is **DENIED** without prejudice to the York County Defendants' ability to renew their motion for summary judgment at the close of discovery in this matter;

3. Plaintiff Richard Reilly ("Plaintiff")'s motion for leave to file an amended complaint (Doc. No. 32) is **GRANTED**, and the First Amended Complaint, previously filed as Exhibit A to Plaintiff's motion (Doc. No. 32-2) is **DEEMED FILED** as of this date; and

4. The Court will schedule a case management conference in this matter after all Defendants have answered the First Amended Complaint.

                                                         s/ Yvette Kane
                                                         Yvette Kane, District Judge
                                                         United States District Court
                                                         Middle District of Pennsylvania