## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD R. REILLY**, as Administrator of the Estate of **VERONIQUE A. HENRY**, deceased, | : : : : | |
| Plaintiff | : : | No. 1:18-cv-01803 |
| v. | : : | (Judge Kane) |
| **YORK COUNTY, et al.,** Defendants | : : | |

## ORDER

**AND SO**, on this 14th day of December 2020, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's Motion to Amend/Correct Amended Complaint (Doc. No. 69) is **GRANTED IN PART** and **DENIED IN PART**, as follows: Plaintiff's motion is **DENIED** insofar as it seeks to add Thomas Weber as a Defendant, and **GRANTED** in all other respects;

2. Plaintiff shall file a Second Amended Complaint in accordance with the accompanying Memorandum within ten (10) days of the date of this Order;

3. Defendants shall file answers to the Second Amended Complaint within fourteen (14) days after the date of its filing; and

4. All previously-established deadlines shall remain in effect.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania