# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD REILY, as Administrator of** : | Civil No. 1:18-CV-1803 |
| **The Estate of Veronique Aundrea Henry** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **vs.** : | |
| : | **(Magistrate Judge Carlson)** |
| **YORK COUNTY, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 23d day of March 2021, upon consideration of the petition for court approval for the settlement and distribution of proceeds of wrongful death and survivor action claims, (Doc. 89-1), and the court finding that this settlement is a fair and just resolution of this case which affords recovery to the minor beneficiaries of the decedent's estate, **IT IS HEREBY ORDERED THAT** the petition (Doc. 89-1) is GRANTED, the proposed distribution of settlement funds is APPROVED, and the clerk is directed to CLOSE this case.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge