**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD H. REILLY, as Administrator of the Estate of VERONIQUE AUNDREA HENRY, deceased : : : : : Plaintiff : : v. : : COUNTY OF YORK, et al. : Defendants : | Filed Electronically<br><br>Civil Action No. 1:18-cv-1803-YK<br><br>Magistrate Judge Martin Carlson |

## **AMENDED**
## **ORDER FOR APPROVAL OF SETTLEMENT AND DISTRIBUTION OF PROCEEDS OF**
## **WRONGFUL DEATH AND SURVIVAL ACTION CLAIMS**

**AND NOW,** this ____ day of _____, 2021, upon consideration of the Petition for Court Approval of the Settlement and Distribution of the Proceeds of Wrongful Death and Survival Claims, it is hereby Ordered and Decreed that the settlement of the above-captioned matter is approved. Payment of the settlement funds shall be made as set forth below. The Petitioner is authorized to discontinue the instant litigation against the Defendants. The Petitioner is further authorized to execute a General Release in favor of the Defendants and their insurers. Upon payment of the settlement amount, the claims of Richard R. Reilly, as Administrator of the Estate of Veronique Aundrea Henry are dismissed with prejudice.

1.  It is further Ordered that settlement proceeds be apportioned ninety percent (90%) to the Wrongful Death Action and ten percent (10%) to the Survival Action. The settlement proceeds of $200,000.00 shall be distributed as follows:

    a.    The sum of $6,978.07 to the Law Offices of Dale E. Anstine, PC for costs advanced in the suit;

    b.    The sum of $6,978.08 to Chavez-Freed Law Office, LLC for costs advanced in the suit;

| | |
|---|---:|
| United States District Court | $ 400.00 |
| VitalChek – Death Certificate | 19.00 |
| PrimeCare Medical, Inc. – medical records | 416.05 |
| US Postal Service – overnight package | 31.20 |
| JSR Vocational & Consulting Services – economics | 1,787.85 |
| AKF Court Reporting – depositions | 991.25 |
| Hughes Albright Fultz & Natale – depositions | 148.45 |
| Pamela J. Dogger, RPR – depositions | 1,145.40 |
| Dr. Eugene Ginchereau – expert report | 3,000.00 |
| Dr. Michael T. Puerini – expert report | 5,900.00 |
| Guaranteed Subpoena Service, Inc. – service | 95.00 |
| Commonwealth of Pennsylvania - records | <u>21.95</u> |
| Total Costs: | $ 13,956.15 |

    c.    The sum of $40,000.00 to the Law Offices of Dale E. Anstine, PC representing attorney's fees;

    d.    The sum of $40,000.00 to Chavez-Freed Law Office, LLC representing attorney's fees;

    e.    The sum of $43,021.93 to Paul J. Henry, III, husband of Decedent;

    f.    The sum of $14,340.64 to Jeffrey S. Bair, as Parent and Natural Guardian of Aundrea M. Bair, daughter of Decedent;

    g.    The sum of $14,340.64 to Jeffrey S. Bair, as Parent and Natural Guardian of Andrew S. Bair, son of Decedent;

    h.    The sum of $14,340.64 to Michael T. Bair, son of Decedent;

      i.      The sum of $20,000.00 to Richard R. Reilly, Esquire, to be distributed accordingly to the Estate under the Survival Action.

      BY THE COURT:

_____
The Honorable Martin C. Carlson