IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD REILLY,** | : | Civil No. 1:18-CV-1803 |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **YORK COUNTY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

There is a motion to intervene and unseal court records pending in this case. (Doc. 94). The response deadline has passed but before we deem the motion to be unopposed, IT IS ORDERED as follow: If the parties do not oppose this motion they should file a notice to that effect on or before **July 26, 2022**. Any party that opposes the motion shall file a response in opposition to the motion on or before **August 2, 2022.**

So ordered this 22d day of July, 2022.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge