IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

**RICHARD REILLY,** as Administrator
Of the Estate of Veronique Aundrea Henry

V.

**YORK COUNTY**

1:18-cv-01803
Magistrate Judge Carlson

---

## ORDER

AND NOW, this 5th day of August, 2022, upon consideration of the *York Daily Record's* Motion to Intervene and Unseal, and for good cause shown, it is ORDERED as follows:

1. The Motion is GRANTED.
2. The *York Daily Record* is permitted to intervene.
3. The Court hereby Orders that access shall be granted and the following docket entries unsealed: (1) Petition for Court Approval of Settlement, filed on Mar. 22, 2021; (2) the Second Motion to Seal and First Motion for Order for Settlement, filed on Apr. 6, 2021; and (3) the Amended Order for Approval of Settlement and Distribution of Proceeds, filed on Apr. 6, 2021. *See* Dkt. Nos. 89, 92 and 93.
4. The identified docket entries and docketed transcripts shall be unsealed on or before July 29, 2022.

/s/ Martin C. Carlson
Judge, United States District Court

---

1/ The parties were afforded an opportunity to object. Having received no objections, the motion is deemed unopposed.